FILED
March 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ ad
                          DEPUTY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas
### WACO Division

KEVIN DUANE DRISDALE

)
)
)

_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

BETTER BUSINESS BUREAU / ANTHONY CONEY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.    **6:23-cv-00216**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes   ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BIG COUNTRY REMODELING AND CONSTRUCTION / KEVIN D |
| Address | 4720 EMBERS DR. |
| | KILLEEN                         TX              76542 |
| | *City*                          *State*         *Zip Code* |
| County | BELL COUNTY |
| Telephone Number | (254) 415- 9237 |
| E-Mail Address | kevindrisdale25@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BETTER BUSINESS BUREAU |
| Job or Title *(if known)* | business organization |
| Address | 1805 Rutherford Ln STE 100, |
| | Austin                          TX              78754 |
| | *City*                          *State*         *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Anthony Coney |
| Job or Title *(if known)* | Property Owner |
| Address | 120 Mighty Oak Lane |
| | Killeen                         TX              76542 |
| | *City*                          *State*         *Zip Code* |
| County | Bell |
| Telephone Number | (512) 677-2935 |
| E-Mail Address *(if known)* | |

☑ Individual capacity        ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
I am the owner of Big Country Remodeling and Construction ; on the Better Business Bureau page of customer's complaint , they allow "Slanderous and Maledictive " allegations that is completely false to be posted on their platform.  They allowed this to happen twice, and it caused severe harm to my business.  The first one complaint occurred on 8/25/2021 by a Monica S. to whom was never a customer and a person I've never met.  The second one occurred 8/16/2022 by Mr. Anthony Coney.

B.     What date and approximate time did the events giving rise to your claim(s) occur?
8/25/21, and on 8/16/22

C.     What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
Defamation of Character and Business .
The Better Business Bureau posted egregiously false allegations without investigation by a Monica S, and Anthony Coney.  Causing damage to my character and business.
2 customers in whom were willing to give the business (a)n opportunity on a large scale; they brought the post to my attention, because I was unaware of these accusations

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Being the owner of Big Country Remodeling and Construction, and living in a area where construction is in high demand; I have not received any phone calls from any customers since this false defamation has been posted on the Better Business Bureau site by Mr. Anthony Coney in which they allowed. This has egregiously decimated my business and character .

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking for the sum of $ 56,000,000
Due to the false defamation I am asking the COURTS to proceed on the following:

Defamation of Character/ Business
Pain and Suffering
Mental Anguish
Punitive Damages

Defamation of Character/Business:   the false allegations that was posted

Pain and Suffering:    I am sole proprietor of Big Country Remodeling and Construction, and this is my only source of income for me and my employees. With this I have lost all my employees

Mental Anguish:    This has caused severe depression mentally, and stress over tending to my business/ bills

Punitive Damages:   I am being forced to close my business because of this

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        03/22/2023

Signature of Plaintiff

Printed Name of Plaintiff    Kevin Duane Drisdale

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |

Telephone Number

E-mail Address

RDC 04

Kevin Duane Drisdale
4720 Embers Dr.
Killeen, Tx. 76542

Complaint form

EXPECTED DELIVERY DAY: 03/27/23

C096

SHIP
TO:



800 FRANKLIN AVE
RM 380
WACO TX 76701-1934

USPS TRACKING® #

9505 5126 5211 3083 0802 15



PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE®

For Domestic and International Use

TRACKED
★ ★ ★
INSURED
★ ★ ★

Label 107, May 2014

RECEIVED

MAR 27 2023

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY CLERK

U.S. District Clerk's Of
WACO Division
800 Franklin Ave., Rm. 380
Waco, Tx. 76701