IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **KEVIN DUANE DRISDALE, et al,**<br>*Plaintiffs,*<br><br>v.<br><br>**BETTER BUSINESS BUREAU, et al,**<br>*Defendants.* | §<br>§<br>§<br>§   6:23-CV-00216-ADA-JCM<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 4. The report recommends that Plaintiff Kevin Drisdale's claim be dismissed as frivolous, and that Plaintiff Big Country Remodeling and Construction's claims be dismissed for lack of subject matter jurisdiction. The report and recommendation was filed on April 11, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 4) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Kevin Drisdale's claim be **DISMISSED AS FRIVOLOUS**, and that Plaintiff Big Country Remodeling and Construction's claims be **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

SIGNED this 27th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE